

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the ___CASE # 1865-1219-0490-1___

District of Oregon ___FFD # 10471178___

FILED 02 MAR '18 08:30 USDC-ORE

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  6:17-CR-**455-AA** |
| | ) |
| **RICHARD MACADANGDANG SALES** | ) |
| *Defendant* | ) |

ORIGINAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **RICHARD MACADANGDANG SALES** ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Wire Fraud in violation of 18 U.S.C. § 1343
  Mail Fraud in violation of 18 U.S.C. § 1957

Date:   **12/14/2017**                                                   _____
                                                                                    *Issuing officer's signature*

City and state:   **EUGENE, OR**                               Jol...            ...gistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/14/17 , and the person was arrested on *(date)*  2/12/17 |
| at *(city and state)*  EUGENE, OR . |
| Date:  3/1/18                              _J. DEVERELL_ |
|                                                       *Arresting officer's signature* |
|                                                       _J. DEVERELL_ |
|                                                       *Printed name and title* |