Bradley A. Cascagnette, OSB No. 022686
Attorney for Defendant
696 Country Club Rd.
Eugene, OR 97401
brad@gardnerpotter.com
(541) 687-9001 (telephone)
(541) 484-7404 (facsimile)

Attorney for Richard Macadangdang Sales

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 6:17-CR-00455-AA |
| vs. | ) |
| RICHARD MACADANGDANG SALES, | ) DEFENDANT'S MOTION TO MODIFY THE TERMS OF RELEASE |
| Defendant. | ) |

The Defendant, Richard Macadangdang Sales, through counsel, Bradley A. Cascagnette, moves for an order modifying the terms of his release agreement to allow the removal of the Electronic Monitoring Device.

Attached hereto and incorporated by reference is a declaration of counsel.

RESPECTFULLY SUBMITTED: August  15 , 2018.

_____
Bradley A. Cascagnette, OSB 022686
Attorney for Defendant

PAGE 1 of 1 - MOTION TO MODIFY RELEASE TERMS

**GARDNER, POTTER, BUDGE, SPICKARD & CASCAGNETTE, LLC**
696 Country Club Rd.    Eugene, OR  97401    541-687-9001    FAX 541-484-7404