Richard L. Fredericks, OSB #832034
RICHARD L. FREDERICKS, P.C.
750 Lawrence Street, Suite 2
Eugene, OR 97401
(541) 343-6118
rlfred@comcast.net

Attorney for Defendant Sales

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 6:17-CR-00455-AA |
|---|---|
| Plaintiff, | **DEFENDANT SALES' SPEEDY TRIAL WAIVER** |
| v. | **(Corrected)** |
| RICHARD MACADANGDANG SALES, | |
| Defendant. | |

Defendant, Richard M. Sales, by and through his attorney Richard L. Fredericks, hereby waives his right to a speedy trial. Counsel has advised Mr. Sales of his rights under the Speedy Trial Act and the United States Constitution. Mr. Sales waives such rights for a period of 90 days from July 8, 2019.

DATED this 12th day of July, 2019.

RICHARD L. FREDERICKS, P.C

*/s/ Richard L. Fredericks*

Richard L. Fredericks, OSB #832034
Attorney for Defendant Sales

Richard L. Fredericks, P.C.
Attorney At Law
750 Lawrence St., Suite 2
Eugene OR 97401
541-343-6118

Page - 1