IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 6:17CR00455- 1-AA |
|---|---|
| v. | |
| Richard Macadangdang Sales | Order Modifying Conditions of Release |

**IT IS ORDERED THAT all special conditions of release be removed and the defendant be released on his own recognizance.**

**IT IS SO ORDERED THIS __25_____ day of __September_____, 2020.**

_____
The Honorable Mustafa T. Kasubhai
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**