# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.

Richard Macadangdang Sales

*Defendant*

Case No. 6:17-cr-00455-AA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9 July 2021

*Defendant's signature*

*Signature of defendant's attorney*

Richard Fredericks
*Printed name of defendant's attorney*

*Judge's signature*

Ann L. Aiken, U.S. District Court Judge
*Judge's printed name and title*